## Vielie *ads*. Towers.

THIS was an action of aſſault and battery, and
a verdict for plaintiff at the circuit, for ſix
cents damages and ſix cents coſts.  A certificate
was given by the judge who preſided at the trial,
to entitle the plaintiffs to full coſts, but it was not
given *at the trial.*

*Woodworth* for the defendant, under a motion that
the certificate of the judge be vacated, now brought
up the queſtion whether this certificate is conforma-
ble to the 5th ſection of the Act entitled, " An Act
" to reduce the laws concerning coſts into one
" ſtatute," paſſed the 12th of February 1787.   He
contended, that agreeable to this Act the certificate
muſt be granted by the Judge *ſedente curia*, and
could not be granted with any effect afterwards :
ſuch he ſaid was the Engliſh ſtatute, and ſuch their
practice under it.

*Per Curiam.*   The Statute enacts, " That in all
" actions of treſpaſs and aſſault and battery, com-
" menced or proſecuted in the Supreme Court,
" wherein the Judge *at the trial* of the cauſe, ſhall
" not find and certify under his hand upon the
" back of the record, that an aſſault and battery
" was ſufficiently proved, or that the freehold or

" title of the land mentioned in the plaintiff's de-
" claration, was chiefly in queſtion, the plaintiff
" in ſuch action, in caſe the jury ſhall find the da-
" mages to be under forty ſhillings, ſhall not re-
" cover or obtain more coſts of ſuit than the da-
" mages ſo found ſhall amount to." This provi-
ſion being reaſonably interpreted, means only that
the certificate ſhould be given by the judge *who
preſided at the trial,* and not that the act of making
out the certificate ſhould be performed then.